UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Ian M. Tucker**  CASE NO **05-61498**

CHAPTER **13**

*AMENDED*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 06/27/2005

Signature /s/ Ian M. Tucker
*Ian M. Tucker*

Date

Signature

Bank of America
PO Box 21983
Greensboro, NC 27420



Capital One
PO Box 65007
Dallas, TX 75266-0007



Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395



Foley's
Attn: Bankruptcy Dept.
PO Box 3625
Houston, TX 77253



GE Money Bank/Wal-mart
PO Box 960061
Orlando, FL 32896-0061



Ray Hendren
101 East 9th Street Ste. 1200
Austin, TX  78701



Washington Mutual
PO Box 78148
Phoenix, AZ 85062-8148

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Ian M. Tucker**  CASE NO. **05-61498**

CHAPTER **13**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on June 27, 2005.

/s/ Joseph D. Olson

Bank of America
PO Box 21983
Greensboro, NC 27420

Ray Hendren
101 East 9th Street Ste. 1200
Austin, TX 78701

Capital One
PO Box 65007
Dallas, TX 75266-0007

Waco Postal Credit Union
4527 Speight Ave.
Waco, TX 76711

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

Washington Mutual
PO Box 78148
Phoenix, AZ 85062-8148

Foley's
Attn: Bankruptcy Dept.
PO Box 3625
Houston, TX 77253

GE Money Bank/Wal-mart
PO Box 960061
Orlando, FL 32896-0061

Ian M. Tucker
3017 Lyle Avenue
Waco, TX 76708