**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| IAN M. TUCKER | § | CASE NO. 05-61498-K |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE LARRY E. KELLY |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

**Washington Mutual
7800 North 113th Street
Mail Stop MWIB201
Milwaukee, Wisconsin 53224**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

 /s/ Hilary B. Bonial /s/ Joe M. Lozano, Jr.
Hilary B. Bonial
Joe M. Lozano, Jr.
Dimitri G. Charalambopoulos
F# 7775-N-0890
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Washington Mutual

## CERTIFICATE OF SERVICE

   I, Hilary B. Bonial / Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 23, 2005:

**Debtor's Attorney**
Joseph D. Olson
Attorney at Law
P. O. Box 2127
Waco , Texas 76703-2127

**Chapter 13 Trustee**
G. Ray Hendren
101 East 9th Street, Suite 1200
Austin, Texas  78701-2402

                     /s/ Hilary B. Bonial /s/ Joe M. Lozano, Jr.
                     Hilary B. Bonial
                     Joe M. Lozano, Jr.
                     Dimitri G. Charalambopoulos

7775-N-0890
noaelect