```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TEXAS/WACO DIVISION

IN RE: IAN M. TUCKER                                       CASE No.
       3017 LYLE AVE
                                                           05-61498 LK
       WACO TX                  76708-0000

                         FINAL REPORT AND ACCOUNT
                                                      SS#1 - XXX-XX-9067
                                                      SS#2 - XXX-XX-0000

This Case was            The Plan was              The Case was
commenced on  Jun 23, 2005  confirmed on Mar 22, 2006  concluded on Aug 23, 2006

THIS CASE IS CONVERTED AFTER CONFIRMATION             .
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor for  the  benefit of
          creditors.                                         $   6864.40

--------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS        CLASS         AMOUNT      AMOUNT PAID    BALANCE
        CREDITOR'S NAME                         ALLOWED   PRINCIPAL  INTEREST   DUE
--------------------------------------------------------------------------------
BANK OF AMERICA NA              NOT FILED          .00         .00       .00       .00
BARRETT BURKE WILSON CASTLE     NOT FILED          .00         .00       .00       .00
BRICE VANDER LINDEN & WERNIC    NOT FILED          .00         .00       .00       .00
CAPITAL ONE BANK                UNSECURED      8131.19         .00       .00   8131.19
DISCOVER BANK                   UNSECURED     10833.13         .00       .00  10833.13
ECAST SETTLEMENT CORPORATION    UNSECURED       527.13         .00       .00    527.13
FOLEYS BANKRUPTCY               SECURED         557.46       11.10      9.28    548.64
FOLEYS BANKRUPTCY               UNSECURED      1633.52         .00       .00   1633.52
WACO POSTAL CREDIT UNION        SECURED       30359.83     3306.62    654.18  27053.21
WASHINGTON MUTUAL BANK FA       DIR.- PAY     67555.49         .00       .00       .00
WASHINGTON MUTUAL BANK FA       ARREARAGE      3285.73      242.79     71.65   3042.94

SUMMARY OF CLAIMS ALLOWED AND PAID
--------------------------------------------------------------------------------
         SECURED    PRIORITY    GENERAL     LATE    SPECIAL    TOTAL
-----------------------------------------------------------------------TOTAL PAID
AMT ALL. 101758.51      .00   21124.97               .00  124883.48 PRINCIPAL
PRIN PD    3560.51      .00        .00               .00    3560.51 AND INT.
INT PAID    735.11      .00        .00                       735.11   4295.62
--------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE

IN RE: IAN M. TUCKER                                      CASE No.05-61498 LK

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
          DEBTOR'S ATTORNEY              FEE ALLOWED    FEE PAID
JOSEPH OLSON                               2000.00      2000.00
--------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE | ADDITIONAL CHARGES | | TRUSTEE | OTHER | |
|---|---|---|---|---|---|
| & DEPOSIT | 1% OF RECEIPTS | .25 EA CLAIM OVER 20 | EXP. & COMPENSATION FUND | COST | |
| .00 | | | 284.39/    284.39 | .00 | 568.78 |

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

                                                                                    /s/ Ray Hendren
                                                                                   _____
                                                                                    RAY HENDREN CH13 TRUSTEE
                                                                                    8310 CAPITAL OF TX HWY N
                                                                                    SUITE 475
                                                                                    AUSTIN TX                                      78731-0000

CC: US TRUSTEE
    903 SAN JACINTO STE 230

    AUSTIN TX                             78701-0000